JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARBINE,<br>an individual,<br><br>Plaintiff,<br><br>v.<br><br>MODERN BUDS, LLC, a<br>California limited liability<br>company; and DOES 1-10,<br>inclusive<br><br>Defendant. | No. 2:20-cv-05793-JAK-PJW<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) (DKT. 16)** |

Based on a review of the parties' Stipulation for Dismissal of Entire Action Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation" (Dkt. 16)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned civil action is hereby dismissed in its

1  entirety, with prejudice, with each party bearing its or her own attorney's fees and
2  costs.

4  **IT IS SO ORDERED.**

6  DATED:   March 17, 2021

John A. Kronstadt
United States District Judge